UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH § | |
| OF TXRX, INC. § | MAGISTRATE NO. H-05-684M |
| 740 BRADFIELD ROAD § | |
| HOUSTON, TEXAS 77060 § | |

## MOTION TO UNSEAL

The United States, through its undersigned attorney, respectfully requests the Court to enter an order directing the Clerk of the Court to unseal the "Application to Seal", "Order to Seal", "Application and Affidavit for Search Warrant" and "Search Warrant" in the above-referenced case.

As reason therefore, the United States submits that the facts and circumstances outlined in the Government's Sealed Application are no longer justified.

WHEREFORE, Premises Considered, the United States respectfully requests the Court to unseal the above-referenced documents.

Respectfully submitted,

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____
SAMUEL J. LOUIS
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON TEXAS

| | |
|---|---|
| IN THE MATTER OF THE SEARCH § | |
| OF TXRX, INC. § | MAGISTRATE NO. H-05-684M |
| 740 BRADFIELD ROAD § | |
| HOUSTON, TEXAS 77060 § | |

## ORDER TO UNSEAL

The Government's Motion to Unseal the above-referenced "Sealed Application", "Sealed Order", "Application and Affidavit for Search Warrant" and "Search Warrant" is hereby GRANTED.

SIGNED at Houston, Texas on this the ____ day of December, 2007.

_____
UNITED STATES MAGISTRATE JUDGE